Sayda Orellana #74602-112
Victorville Camp FCI Med, I
PO Box 5300
Adelanto, CA 92301

FEE DUE



In the United States District Court
for the District of Central California

| | |
|---|---|
| Sayda Orellana, | Civil Case No 8:25-cv-00082-DOC |
| Petitioner, | 28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act |
| vs. | |
| Warden Eliseo Ricoloel, Respondent. | |

### 28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act

It is axiomatic that pro se filings should be liberally construed. See Erickson v. Pardus, 551 U.S. 89, 94 (2007). "In practice, this liberal construction allows courts to recognize claims despite various formal deficiencies, such as incorrect labels or lack of cited legal authority." Wall v. Rasnick, 42 F. 4th 214, 218 (4th Cir. 2022).

I am asking for immediate release from prison to be put on supervised release per the amended Federal First Offenders Act that was signed by President Biden and Merrick B. Garland Attorney General on January 2025. I am guilty of a crime that is covered and I am first time offender which qualifies me for immediate release. I make this under the penalty of perjury that the aforementioned is true and correct.

_Sayda Orellana_ — January 11th, 2025, Adelanto, CA.

Sayda Orellana #74602-112
Victorville Camp FCI Med, I
PO Box 5300
Adelanto, CA 92301

SN BERNARDINO CA 923

13 JAN 2025 PM 7 L

JAN 15 2025
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Attn: Clerk
Edward R. Roybal Federal Bldg. & Courthouse
255 East Temple Street, Room 180
Los Angeles, CA 90012-

90012-333299

Case 8:25-cv-00082-DOC    Document 1    Filed 01/15/25    Page 3 of 3    Page ID #:3